PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
SEP 04 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTH WEST** DISTRICT OF TEXAS
**DEL RIO** DIVISION

**MICHAEL E. BOSSE — 121692**
Plaintiff's Name and ID Number

**EAGLE PASS CORRECTIONAL FACILITY**
Place of Confinement

CASE NO. **DR 19 CV 0055**
(Clerk will assign the number)

v.

**GEO GROUP, INC, FLORIDA, USA**
Defendant's Name and Address

**GEO GROUP MEDICAL, SAME AS ABOVE**
Defendant's Name and Address

**MR HIGGINGS + HANSEN, IDAHO DEPT OF CORRECTIONS**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

3 1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the <u>various claims are all related to the same incident or issue or are all against the same defendant,</u> Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1



**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: N/A
   2. Parties to previous lawsuit:
      Plaintiff(s) N/A
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) N/A
   4. Cause number: None
   5. Name of judge to whom case was assigned: None
   6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
   7. Approximate date of disposition: N/A

2

II. PLACE OF PRESENT CONFINEMENT: Eagle Pass Correctional Facility

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ☒ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

※ NOTE: EAGLE PASS REFUSED TO ANSWER GRIEVANCES + KITES, I PROCEDED ACCORDING TO P.L.R.A. EXHAUSTION.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Michael E Bosse, #121692, Eagle Pass Correctional Facility, P.O. Box 849 Dorm E2, Texas

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

① GEO CONTRACTOR — EXHIBITS 1-61 GEO
Defendant #1: MR HIGGINS, CONTRACT DIRECTOR EAGLE PASS, TX
MR HANSEN, CONTRACT MEDIATOR EAGLE PASS, TX
IDOC — IDAHO DEPT CORRECT, 1199 N. ORCHARD ST, BOISE, ID 83706

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
IN CONTRACTUAL RELATIONSHIP WITH GEO, SLANDER, CAN'T CONTACT MY ATTORNEY, WON'T LET ME CALL FREE, 1ST AMEND, STOLEN EVIDENCE - CD ROM LOST COURT UPCRP, 5TH AMEND, DUE PROCESS, CAN'T GO TO LIBRARY + COPIES LEGAL, STOLEN GRIEVANCES, NO COUNSELOR AIDES, MISSED ATTY VISITS

② GEO GROUP ADDRESS WON'T GIVE IT TO US.
Defendant #2: ADAM MARTINEZ (ASS WARDEN) SAME GRIEVANCE OFF AND MR. ARYES, MR ORTEZ, COUNSELOR SUPER.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SAME AS #1, THEY ALL WORK TOGETHER! + CONTACT OUTSIDE HELP + PREJUDICE

③ GEO GROUP
Defendant #3: GEO MEDICAL, ADDRESS RESTRICTED, MEDICAL MAL PRACTICE, GROSS NEGLIGENCE, DELIBERATE INDIFFERENCE
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. 8TH AMEND
MADE ME SUFFER 5 MONTHS WITH INFECTED EAR THAT SPREAD — LOSS OF HEARING + STILL HURTS
2- WENT 6 MONTHS WITH SWOLLEN LEGS, NO MEDS-HELP
3- GAVE ME WRONG RX SEVERAL TIMES, + REFUSED WHEELCHAIR TO ME

④ GEO GROUP TO PROVE INDIFFERENCE
Defendant #4: GEO STAFF - SERGEANTS MUNOSE PLUS LADY? PLUS MOSCO. C/O. RODRIGUEZ + E-GARCIA + 5 OTHERS.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. TORTURE
DELIBERATELY MADE ME LYE IN THE HOLE WITH JACK HAMMER ON MY CELL, IN THE COLD, WITH BLOODY CAPS AND SWOLLEN LEGS AND NO TOILET PAPER TO WIPE MY SELF, ALSO CALLS ME NAMES, WON'T GIVE ME PHONE, TABLET, CANTEEN, AVOIDS MY NEGLECTS, THROWS AWAY MY KITES AND MEDICAL REQUESTS AND TURNS OFF MY EMERGENCY CALL BOX, TURN OFF BOX MAKES ME MISS MY APPOINTMENTS

⑤ GEO CORP
Defendant #5: GEO CORP.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. LEGAL + MEDICAL
I AM CHALLENGING THEIR POLICY + PROCEDURES, WHICH ARE AGAINST THE 5 + 1ST AMENDMENTS, AS TO RETRIEVE ALL KITES, BUSINESS MAIL, MEDICAL REQUESTS, GRIEVANCES, NO LEGAL CALLS. THAT THEY CLAIM THEY CAN DO WHAT THEY WANT WITH THE KITES, NOT TO ANSWER THEM, THROW THEM AWAY. MAIL — NOT TO GO OFF PROPERTY, AND PREVENT ME FROM EXERCISING MY MONTANA DETAINER - INTERSTATE TREATY + STOLEN EVIDENCE IN MY CRIMINAL CASE

EXHIBITS 1-61 GEO

⊗ SPECIAL NOTE: I AM IN THE HOLE, ADMIN SEGREGATION. I AM DEPENDENT ON STAFF COMING TO MY DOOR FOR HELP + SUPPLIES.

9 MOS NOW

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. ⊗ THERE IS 2" THICK STACK OF GRIEVANCES + KITES.

THE VIOLATIONS HAPPEN HERE IN EAGLE PASS, TX, PRISON/GEO -
MAL-PRACTICE BETWEEN THE MONTHS OF 10-2018 AND 9-2019 (FOR DELIBERATE INDIFFERENCE)
MEDICAL THIER ARE TO MANY DEFENDANTS TO ITEMIZE AT THIS TIME, THEY "DEPT"
ARE ALL EQUAL IN PARTICIPATING W/ ABUSE, PLAIN FACTS AS FOLLOWS:
#1 GEO MEDICAL, REFUSED MEDICAL TREATMENT TO MY EAR + LEGS, NEGLECT,
FOR 9 MONTHS GIVING ME SOMEONE ELSES MEDICATION Rx, GAVE ME DANDRUFF SHAMPOO
FOR SWELLING IN MY LEGS + BODY, STILL SUB-STANDARD CARE FOR MY GLAUCOMA
NOW I HAVE A DAILY FIGHT WITH EAR PAIN, VISION, SWOLLEN LEGS.
#2 MR MARTINEZ, MR REYES, MR ORTEZ, MR MONROSE, MRS MARTINEZ, MR HANSON, HEADS
GEO AND ALOT OF STAFF, SINGLING ME OUT, ABUSING ME, NOT GIVING ME BEDDING
EXHIBIT OR TOILET PAPER, EXPLORING-ME, AND ABUSING SEVERAL MONEY + ATTORNEY
1 THRU G VI. **RELIEF:** OUTSIDE LEGAL VISITS + MEDICAL COMMUNICATIONS + BUSINESS

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. ⊗ NOTE: I WAS PERFECTLY HEALTHY - PHYSICALLY + MENTALLY UPON ARRIVAL.
I WANT MY LEGAL MAIL BACK, I WANT THE OPPERTUNITY TO FIGHT MY
IDAHO
Supreme Court CONTACT IDOC, FOR BUSINESS + LEGAL NEEDS, TO COMPENSATE ME FOR
APPEAL MY PAIN + SUFFERING + TO
CASE LOOK AT MY KNEE + PROVIDE
MEDICAL CARE SO I CAN WALK

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases. + WORK
AND LOSS OF HEARING.
NONE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

121692

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: NONE
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ___YES X NO

4

# V. STATEMENT OF CLAIM CONTINUATION

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __GEO Group STAFF__, who was acting as __OFFICIAL CAPACITY__
   (defendant)                                    (job title, if a person; function, if an entity)

   for the __STATE OF IDAHO of CORRECTIONS, UNDER CONTRACT FOR GEO Group__
   (state, county, city, federal government, or private entity performing a public function)

2. (Factual Basis of Claim) I am complaining that on __10-2018 THRU 9-2019__, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: ASS WARDEN CONTINUATION OF PAGE 4, FOUNDATION FOR #2 I.E. MR MARTINEZ, MR RYES, MR ORTEZ, MR MONROSE, MR HANSEN, MR HIGGINS, plus 3 SEARGENTS 1 FEMALE, CORRECTIONAL OFFICERS ON DUTY C.O. RODRIGUES, C.O. E GARCIA, MRS MARTINEZ COUNSLR, MR CORONADO COUNSLR, MISS VILLA INMATE ACCOUNTS, C.O. TELAZAR, plus + 4 OTHER UNKOWN CORRECTION OFFICERS. I HERE BY DECLARES THAT THESE PEOPLE ARE BEING SUED FOR TO ESTABLISH FOUNDATION ONLY OF DELIBERATE INDIFFERENCE, MENTAL + PHYSICAL ABUSE + TORTURE, AND TO ALSO PROVE THIS WITH MALICE, GROSS WONTON NEGLECT AS A BASE, IT ALSO TO BE SHOWN THIS PREJUDICE WAS ALSO FOR MEDICAL

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the + 1ST AMEND. VIOLATIONS. Constitution, federal statutes, or state laws: MEDICAL MALPRACTICE, GROSS NEGLIGENCE, 8TH AMEND CONTACT WITH OUTSIDE WORLD, UNABLE TO FOLLOW JUDGES ORDERS + LEGAL RIGHT 1ST AMEND + 5TH AMEND = DUE PROCESSES. + 8TH AMEND.

4. I allege that I suffered the following injury or damages as a result: LOSS OF my CD-Rom WITCH I SUSTAINED A LOSS IN COURT, A JUDGES RECUSAL, AND LOST A U.P.C.R. PETITION, CURRENTLY ACTIVE APPEALS, AND CAN'T CONTACT PEOPLE WHO HAVE MY EXHIBIT EVIDENCE ALSO $ CDR Replacement, LOSS OF HEARING, REDUCTION IN RANGE OF MOTION OF my LEGS PAIN + SUFFERING + ABUSE.

5. I seek the following relief: TO HAVE ALL THESE PEOPLE TERMINATED FROM THIER EMPLOYMENT, AND TO REGISTAR WITH LOCAL AUTHORITIES plus COMPENSATION $ ____ AS RED FLAG POTENTIAL PUBLIC WALKING, MENTAL.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - *[illegible]*                                      (Rev. 10/24/2011)

C.  Has any court ever warned or notified you that sanctions could be imposed?  ____YES _X_ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _None_
   2. Case number: _None_
   3. Approximate date warning was issued: _N/A_

Executed on: 8/27/19
DATE

_/s/ Michael Bosse_
121692
(Signature of Plaintiff)
Michael E Bosse

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  8/27/19  day of  AUGUST , 20 19 .
         (Day)              (month)         (year)

_/s/ Michael_
MICHAEL EARL BOSSE
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# Family Law Case Information Sheet

Case Number *(Clerk fills in case #):*

**Exempt from Public Disclosure**

Fill out this form to start a Family Law case.
The information you give us is **private**.

1. Describe your case: ☐ Divorce ☐ Custody ☐ Paternity ☐ Guardianship ☐ Adoption ☐ Protective Order
   ☒ Other  CIVIL, PRISONER

2. **Information about Petitioner**
   Name: MIK / EARL / BOSSE
           First / Middle / Last
   Any other names used: NONE

   Address: NONE
       Street / City / State / Zip

   Mailing Address: NONE

   Phone numbers: NONE
       Home / Work / Cell
   Employer's name: NONE
   Social Security Number: _____ Date of Birth: 12-5-59  Sex: ☒ Male ☐ Female
   Is English your first language? ☒ Yes ☐ No  *If no, what language?* _____
   Do you speak, read and write English?  ☒ Yes ☐ No

3. **Information about Respondent**
   Name: _____
       First / Middle / Last
   Any other names used: _____

   Address: _____
       Street / City / State / Zip

   Mailing Address: _____

   Phone numbers: _____
       Home / Work / Cell
   Employer's name: _____
   Social Security Number: _____ Date of Birth: _____  Sex: ☐ Male ☐ Female
   Is English your first language? ☐ Yes ☐ No  *If no, what language?* _____
   Do you speak, read and write English?  ☐ Yes ☐ No

4. **Children under 18 in this case** (List your children and the children of the person in ☐)

| | Child's name | Date of birth | Social Security No. | Whose child? |
|---|---|---|---|---|
| 1. | NONE | | | ☐ Mine ☐ Ours ☐ Other* |
| 2. | | | | ☐ Mine ☐ Ours ☐ Other* |
| 3. | | | | ☐ Mine ☐ Ours ☐ Other* |
| 4. | | | | ☐ Mine ☐ Ours ☐ Other* |

* If Other, whose? (If there is more than one other parent, list name and specify relationship): NONE

Who do the children live with now? (name and relationship): N/A

5. **Other Cases Involving Children**
List any child support, custody, adoption, or guardianship order for any child listed on this form:

| Case Number | Date of Order (or date requested) | County / State | For which children? | Type of case |
|---|---|---|---|---|
| 1. | | | | ☐ Support ☐ Custody ☐ Adoption ☐ Guardianship |
| 2. | | | | ☐ Support ☐ Custody ☐ Adoption ☐ Guardianship |
| 3. | | | | ☐ Support ☐ Custody ☐ Adoption ☐ Guardianship |
| 4. | | | | ☐ Support ☐ Custody ☐ Adoption ☐ Guardianship |

6. **Other Cases Involving Violence or Abuse**
List any protective order, domestic violence or child abuse cases involving any adult or child listed on this form:

| Case Number | Who was the Order against? | Who did the Order protect? | Date of Order (or date requested) | County / State | Type of case |
|---|---|---|---|---|---|
| 1. | | | | | ☐ Domestic Violence ☐ Child Abuse ☐ No Contact Order |
| 2. | | | | | ☐ Domestic Violence ☐ Child Abuse ☐ No Contact Order |
| 3. | | | | | ☐ Domestic Violence ☐ Child Abuse ☐ No Contact Order |
| 4. | | | | | ☐ Domestic Violence ☐ Child Abuse ☐ No Contact Order |

